United States District Court
Southern District of Texas
**ENTERED**
February 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUSAN E KENNINGTON, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-1851 |
| KEYBANK NATIONAL ASSOCIATION, *et al*, | § § § § | |
| Defendants. | § | |

AMENDED ORDER OF DISMISSAL

In accordance with the Notice of Dismissal of Complaint against Defendants Keybank National Association and Viking Capital, Inc., this action is **DISMISSED** without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the _____ day of February, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**